IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

AMBER ADAMS,

        Plaintiff,                       JUDGMENT IN A CIVIL CASE

v.                                       Case No. 11-cv-647-wmc

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered remanding this case to the Social Security Administration pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).


By: _/s/ Deputy Clerk_                      5-8-12
Peter Oppeneer, Clerk of Court            Date