IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

AMBER ADAMS,

        Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-647-wmc

---

     This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

     IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Amber Adams attorney fees and costs in the amount of $6,970.73 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

_Peter Oppeneer_  
Peter Oppeneer, Clerk of Court

9/10/12  
Date